# FINANCIAL AFFIDAVIT

CJA 23
REV. 1/90

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
**IN THE CASE OF:** United States vs. Troy Williams
**FOR** _____
**AT** _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED (Show your full name):** Troy Coldridge Williams

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: _____
District Court: 2:06MJ6-CSC
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
21 USC 846 + 841(a)(1)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: B&L Auto Repair, Decatur, GA
IF YES, how much do you earn per month? $800-900
IF NO, give month and year of last employment. How much did you earn per month $_____
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month $10/hr
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $5,000 wife's IRA

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: 2 Kids (8 and 2 yrs old)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Cell phone | | 160 |
| Rent | | 710 |
| Utilities | | 200 |
| Food | | 280 |
| Gas | | 60 |
| Car payment | | 480 |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Troy C. Williams    1/17/06

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

under the penalty of perjury 28 U.S.C. § 1746