# COURTROOM DEPUTY MINUTES          DATE: 1/17/06
## MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 4:35 - 4:41

- [√] **INITIAL APPEARANCE**
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05MJ-006-CSC**            DEFT. NAME: **TROY C. WILLIAMS**

USA: **KENT BRUNSON**                 ATTY: **CHARLES VERCELLI**

Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: **RON THWEATT**

Defendant _____ does  √ does NOT need an interpreter;
Interpreter present  √ NO ____ YES   NAME _____

---

- √ **Kars.** — Date of Arrest **1/17/06** or ☐ karsr40
- √ **kia.** — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ **Finaff.** — Financial Affidavit executed ☐ to be obtained by PTSO
- √ **koappted** — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- √ **20appt.** — Panel Attorney Appointed; √ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ **kotempdtn.** — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ **kodtn.** — **ORDER OF DETENTION PENDING TRIAL** entered
- √ **kocondrls.** — Release order entered. ☐ Deft. advised of conditions of release.
- √ **kbnd.** — ☐ BOND EXECUTED (M/D AL charges) $ **25,000** Deft released (kloc LR)
  - ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ **Loc.(LC)** — Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ **ko.** — Deft. **ORDERED REMOVED** to originating district
- ☐ **kwvprl.** — Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ **Karr.** — ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
  - ☐ Trial Term _____; ☐ PRETRIAL CONFERENCE DATE: _____
  - ☐ DISCOVERY DISCLOSURES DATE: _____
- ☐ **Krmknn.** — **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ **krmvhrg.** — Identity/Removal Hearing set for _____
- ☐ **Kwvspt** — **Waiver of Speedy Trial Act Rights Executed.**