IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:06cr12-MEF |
| ) | |
| TROY COLDRIDGE WILLIAMS ) | |

**DEFENDANT WILLIAMS' MOTION TO CONTINUE ARRAIGNMENT**

Defendant Williams moves this Honorable Court to reschedule the arraignment currently scheduled for February 8, 2006, at 10:00 a.m. As grounds for this Motion, Defendant says:

1. This Court entered an Order on January 24, 2006, scheduling the arraignment of the Defendant on February 8, 2006.

2. Counsel for Defendant, appointed pursuant to the Criminal Justice Act, cannot attend Court on February 8, 2006, as scheduled. Counsel's first grandchild was born on January 24, 2006. Prior to receiving the Order scheduling the arraignment, counsel purchased tickets to travel to Fort Collins, Colorado to visit his son and grandchild. Counsel will return on February 8, 2006, at 1:55 p.m. (assuming no airline delays).

**WHEREFORE,** counsel for Defendant Williams moves this Honorable Court to reschedule the arraignment after February 8, 2006.

/s/ C.E. Vercelli, Jr.
**Charles E. Vercelli, Jr.** (ASB-6085-V82C)
Attorney for Defendant Williams

**OF COUNSEL:**
Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
Tel:   (334) 834-8805
Fax:   (334) 834-8807
cvercelli@vercelli-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of the filing of this Motion to the following:

| | |
|---|---|
| Kent Brunson | Kevin L. Butler |
| Assistant United States Attorney | First Assistant Federal Defender |
| One Court Square, Suite 201 | 201 Monroe Street, Suite 407 |
| Montgomery, AL 36104 | Montgomery, AL 36104 |

/s/ C.E. Vercelli, Jr.
**Of Counsel**

485-06\M-Continue-Arraign.1.wpd