IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr12-MEF |
| ) | |
| TROY COLDRIDGE WILLIAMS ) | |

**ORDER**

Upon consideration of defendant's motion to continue arraignment (Doc. # 29), filed January 27, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendant is scheduled for a special arraignment at 9:00 a.m. on February 9, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 27th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE