| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 9, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 9:28 - 9:34 |

√ **ARRAIGNMENT**  ☐ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr12-MEF     **DEFENDANT NAME:** Troy Coldridge Williams
**AUSA:** Kent Brunson     **DEFENDANT ATTORNEY:** Charles Vercelli
    Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
    ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Dwayne Spurlock
**Interpreter present?** (√)NO; ( )YES  Name:

---

√ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
     ☐ **Guilty as to:**
         ☐ **Count(s):**
         ☐ **Count(s):**          ☐ dismissed on oral motion of USA
                          ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**  9/11/06      √ **WAIVER OF SPEEDY TRIAL** filed.
         **DISCOVERY DISCLOSURE DATE:**  2/9/06
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
     ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
     ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel