IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr12-MEF |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

### DEFENDANT WILLIAMS' MOTION TO SUPPRESS

Defendant Troy Williams moves to suppress all evidence seized on the evening of January 15, 2006, by the Alabama State Troopers when they stopped and searched the tractor trailer, all as described in the Affidavit of Joe Herman attached to the Criminal Complaint filed in this Court on January 17, 2006.

1. Defendant was arrested on January 15, 2006, after a traffic stop of a tractor trailer truck in which he was a passenger. The essential facts of the matter are as stated in the Affidavit of Joe Herman attached to the criminal complaint filed January 17, 2006.

2. Contrary to the Affidavit, the Defendant contends that the Defendants did not give consent to search the trailer, where the drugs were located. Because the consent was invalid, all fruits of the invalid search and seizure are to be excluded. *Wong Sun v. United States,* 371 U.S. 471 (1963); *Segura v. United States,* 468 U.S. 796 (1984).

3. Defendant Williams adopts by reference the arguments and authorities cited by Co-Defendant Canady in his "Motion to Suppress Stop and Seizure" filed on March 1, 2006.

4. As discussed with Magistrate Judge Walker during the Pretrial Conference on February 28, 2006, this should be deemed a "protective filing" of this Motion to

Suppress. Defendant Williams does not request argument on this Motion, or response thereto, until at least June or July, as plea negotiations are being conducted, it is likely that Defendant will plead guilty, and the trial of this case is not set until September 11, 2006.

**WHEREFORE,** Defendant Williams moves this Honorable Court to suppress any and all evidence or statements obtained as a result of the illegal search of the persons and seizure of the drugs on the evening of January 15, 2006.

/s/ C.E. Vercelli, Jr.
**Charles E. Vercelli, Jr.** (ASB-6085-V82C)
Attorney for Defendant Williams

**OF COUNSEL:**
Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
Tel:   (334) 834-8805
Fax:   (334) 834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of the filing of this Motion to the following:

Kent Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

Kevin L. Butler
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, AL 36104

/s/ C.E. Vercelli, Jr.
**Of Counsel**

485-06\DsM-Suppress.3.wpd