IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-F |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

RESPONSE TO DEFENDANT WILLIAMS MOTION TO SUPPRESS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion to Suppress filed by Defendant Williams, the following is submitted:

1) On January 15, 2006, Troy Coldridge Williams was a passenger in a tractor trailer being driven by Craig Canady. The tractor trailer was stopped for a traffic offense by Alabama State Trooper Will Barnes who obtained consent to search both the tractor and trailer from the driver.

2) Seven hundred pounds of marijuana was discovered in the trailer as a result of the consensual search. Defendant Williams does not have standing to contest the search because he was not the driver of the truck and has expressed no ownership interest.

Wherefore, premises considered, the United States submits the motion to suppress is due to be denied.

Respectfully submitted this the 8th day of March, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-F |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles E. Vercelli, Jr.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

2