IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr12-MEF |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

### DEFENDANT WILLIAMS' NOTICE OF INTENT TO CHANGE PLEA

Defendant Williams hereby notifies the Court and Counsel that he intends to accept the Plea Bargain agreement preferred by the United States Attorney, and gives notice that he intends to change his plea to guilty. Defense counsel respectfully requests that the change of plea hearing be set on a date after July 11, but not on the following dates: July 13, 14, 19 (not before lunch), 21, 24-28.

Respectfully submitted this the 7th day of July, 2006.

/s/ C.E. Vercelli, Jr.
**Charles E. Vercelli, Jr.** (ASB-6085-V82C)
Attorney for Defendant Williams

**OF COUNSEL:**
Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
Tel:   (334) 834-8805
Fax:   (334) 834-8807
cvercelli@vercelli-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of the filing of this Motion to the following:

Kent Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

Kevin L. Butler
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, AL 36104

Paul Roy Cooper
Cooper & Cooper
312 Scott Street
Montgomery, AL 36104

Malcolm R. Newman
P.O. Box 6137
Dothan, AL 36302

/s/ C.E. Vercelli, Jr.
**Of Counsel**

485-06\Notice of Intent Change Plea.1.wpd