IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr12-MEF |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

### DEFENDANT WILLIAMS' NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS

Defendant Williams hereby notifies the Court and Counsel that he hereby withdraws his previously-filed Motion to Suppress.

Respectfully submitted this the 7th day of July, 2006.


/s/ C.E. Vercelli, Jr.
**Charles E. Vercelli, Jr.** (ASB-6085-V82C)
Attorney for Defendant Williams

**OF COUNSEL:**
Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
Tel:   (334) 834-8805
Fax:   (334) 834-8807
cvercelli@vercelli-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of the filing of this Motion to the following:

Kent Brunson  
Assistant United States Attorney  
One Court Square, Suite 201  
Montgomery, AL 36104  

Kevin L. Butler  
First Assistant Federal Defender  
201 Monroe Street, Suite 407  
Montgomery, AL 36104  

Paul Roy Cooper  
Cooper & Cooper  
312 Scott Street  
Montgomery, AL 36104  

Malcolm R. Newman  
P.O. Box 6137  
Dothan, AL 36302  

      /s/ C.E. Vercelli, Jr.  
      **Of Counsel**

485-06\Not Withdrawal M-Suppr.1.wpd