IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr012-MEF |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

**ORDER**

Upon consideration of defendant's notice of withdrawal of motion to suppress, which the court construes as a motion to withdraw the motion to suppress (Doc. # 79), filed July 7, 2006, and for good cause, it is

ORDERED that the motion to withdraw the motion to suppress be and hereby is GRANTED.

DONE, this 7th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE