**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

UNITED STATES OF AMERICA    )
                                     )
**vs.**                            )     Docket No.  **2:06cr12-MEF**
                                       )
**TROY COLDRIDGE WILLIAMS**    )

## DETENTION/RELEASE ORDER PENDING  SENTENCING

Pursuant to the Crime Control Act of 1990, the court finds that you have entered a plea of guilty to:

_____  (A)    a crime of violence;

_____  (B)    an offense for which the maximum sentence is life imprisonment or death;

__X__  (C)    an offense for which a maximum term of imprisonment of ten years or more
is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the
Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or the
Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.).

_____ You are hereby remanded to the custody of the U. S. Marshal as required by 18 U.S.C. 3143,
as amended.

or

_____ Pursuant to 18 U.S.C. 3145(c), the Court finds that there are exceptional reasons why the
defendant's detention would not be appropriate, and that the defendant is not likely to flee
or pose a danger to the safety of any other person or the community pending imposition of
sentence. It is, therefore, ordered that the defendant be released and continued under the same
conditions imposed by the U. S. Magistrate Judge on January 17, 2006.

7/12/06
_____
Date

_____
U.S. Magistrate Judge