| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 12, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:05 - 11:25 |
| | **COURT REPORTER:** Mitchell Reisner |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr12-MEF  **DEFENDANT NAME:** Troy Coldridge Williams
**AUSA:** Kent Brunson  **DEFENDANT ATTORNEY:** Charles E. Vercelli

Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES  Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  ☐ Not Guilty
√ Guilty as to:
√ Count(s): 1 of the Indictment
☐ Count(s):    ☐ dismissed on oral motion of USA
☐ to be dismissed at sentencing

√ Written plea agreement filed  ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**  ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

√ **ORDER:** Defendant continued under √ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel