IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:06cr12-MEF |
| ) | |
| TROY COLDRIDGE WILLIAMS ) | |

**DEFENDANT WILLIAMS' MOTION TO CONTINUE SENTENCING**

Defendant Williams moves this Honorable Court to continue the sentencing of this matter, and as grounds for this Motion says:

1. Counsel for the Defendant is appointed pursuant to the Criminal Justice Act.

2. Counsel has a previously-scheduled trial in the Circuit Court of Autauga County, Alabama, before the Honorable Judge Benjamin Fuller, bearing Civil Case number CV-05-363-F, *Hudson Homes v. Benjamin Hlaban*. That matter is scheduled as a bench trial to begin on September 7, 2006.

3. The parties in the *Hudson v. Hlaban* matter need to have this case tried so that the controversy can be resolved as soon as possible. Neither side will ask for and neither side expects the matter to be continued. The parties have, further, diligently attempted to settle the case so that the trial on September 7, 2006, is substantially certain to take place as scheduled.

4. Because of this conflict, counsel asks this Honorable Court to delay the sentencing in this matter until on or after Monday, September 11, 2006, or, alternatively, to schedule this matter for sentencing on September 5 or September 6, 2006.

**WHEREFORE,** for good cause shown, Defendant Williams moves this Honorable Court to reschedule or continue the sentencing in this matter.

Respectfully submitted this the 19th day of July, 2006.

/s/ C.E. Vercelli, Jr.
**Charles E. Vercelli, Jr.** (ASB-6085-V82C)
Attorney for Defendant Williams

**OF COUNSEL:**
Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
Tel: (334) 834-8805
Fax: (334) 834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of the filing of this Motion to the following:

Kent Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

Kevin L. Butler
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, AL 36104

Paul Roy Cooper
Cooper & Cooper
312 Scott Street
Montgomery, AL 36104

Malcolm R. Newman
P.O. Box 6137
Dothan, AL 36302

/s/ C.E. Vercelli, Jr.
**Of Counsel**

485-06\Mot-Cont-Sentence.2.wpd