IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-12-MEF |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #92) filed on July 19, 2006, it is hereby

ORDERED that the government show cause in writing on or before July 31, 2006 as to why the motion should not be granted.

DONE this 24th day of July, 2006.

                                                                          /s/ Mark E. Fuller
                                             CHIEF UNITED STATES DISTRICT JUDGE