IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
       )
v.       )    CR. NO. 2:06-cr-12-MEF
       )
TROY COLDRIDGE WILLIAMS    )

RESPONSE TO SHOW CAUSE ORDER

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, to inform the Court that the United States has no

objection to the Defendant's request to continue the sentencing currently set for September 7, 2006.

Respectfully submitted this the 31st day of July, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          CR. NO. 2:06-cr-12-F
                                  )
TROY COLDRIDGE WILLIAMS           )

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Charles E. Vercelli, Jr.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov