IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-012-MEF |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing (Doc. #92) filed

on July 19, 2006, it is hereby

ORDERED that the motion is GRANTED.  The sentencing hearing set for September

7, 2006 is continued to October 18, 2006 at 9:00 A.M. in the United States Courthouse, One

Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 4th day of August, 2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE