IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| v. * | Case NO.2:06cr12-MEF |
| TERRANCE CORNELIUS, * | |
|    Defendant. * | |

**MOTION FOR CONTINUANCE**

Comes now the Defendant, by and through his attorneys, Paul R. Cooper and Howard Greenberg, and move for a continuance from the next criminal jury term of court. As grounds, he states as follows:

    1.   This case tried on September 25-29, 2006 and ended in a mistrial.

    2.   The Court set the re-trial during the two week criminal jury term beginning on October 24, 2006.

    3.   That both defendants desire a continuance. Cornelius files his waiver of a speedy trial herewith, and a signed copy by U.S. Mail to the Clerk of the Court. The granting of a continuance is left to the sound discretion of the trial judge. <u>U.S. v. Warren</u>, 772 F.2d 827, 837 (11th Cir. 1985.) The Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.

    4.   Defendant Cornelius requires that Howard Greenberg be present and represent him in the re-trial.

    5.   That Greenberg has the following trials and conflicts

which were all set for trial before this case was set:

    a.  Supreme Court for King County, New York:

        October 4, 2006- State v. Alleyne;

        October 5, 2006-State v. Owens;

        October 10, 2006-State v. Alleyne and State v. Timbez;

        October 12, 2006-State v. James and State v. Clinscales;

        October 16, 2006-State v. Charles and State v. Beggs;

        October 25, 2006-State v. Rodriguez;

        October 26, 2006-State v. Sang;

    b.  Criminal Court for King County, New York

        November 2, 2006-State v. Martin; and

        November 8, 2006-State v. Islam.

    6.  It would be a violation of his right of assistance of counsel under the Sixth Amendment to the United States Constitution and an abuse of discretion to not allow a continuance.

    7.  The government will not be unduly prejudiced by the granting of this motion. The Court will not be inconvenienced.

    8.  That the Defendant's attorneys can try this case during the November 27, 2006 criminal jury trial term.

    9. Greenberg has conflicts in his criminal trial schedule. He needs a reasonable time for effective preparation in the re-trial of his case based upon his trial schedule. That the "ends of justice" will be served by the granting of this continuance, and as such, the granting of the continuance will "outweigh the best

interest of the public and the defendant in a speedy trial." 18 U.S.C. §3161 (h)(8)(A).  Cornelius will have the counsel of his choice to represent him.  Greenberg has shown his familiarity with the case by his vigorous defense which resulted in the mistrial. He further needs a reasonable time to prepare for the re-trial based upon his trial schedule and to absorb the events of the past trial. A reasonable time to effectively prepare is a significant factor in evaluating  motion to continue under the Speedy Trial Act.  <u>U.S. v. Davenport</u>, 935 F.2d 1223, 1235 (11th Cir. 1991).

Wherefore, Defendant respectfully requests a continuance.

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:  (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P


S/Howard Greenberg
Howard Greenberg
41 Schermerhorn Street
Suite 104
Brooklyn, New York 11201
Phone 732-935-0121
FAX   732-935-0120

**CERTIFICATE OF SERVICE**

I hereby certify that on the October 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants:  Howard Greenberg .

                    Respectfully Submitted,

                    S/Paul R. Cooper
                    Paul R. Cooper
                    COOPER & COOPER
                    12 Scott Street
                    Montgomery, AL 36104
                    Phone: (334)262-4887
                    Fax:   (334)262-4880
                    E-mail: prc@cooperandcooperlaw.com
                    ASB-1152-R78P