IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:06cr12-MEF |
| TERRANCE CORNELIUS, | * | |
|     Defendant. | * | |

**WAIVER OF RIGHT TO SPEEDY TRIAL**

Comes now Terrance Cornelius, by and through Paul R. Cooper, his counsel, and hereby gives notice of his waiver of his right to a speedy trial under the 18 U.S.C. §3161, et al. and the Sixth Amendment to the United States Constitution and hereby consents that the above styled case be continued from the October 2006 criminal term of court until the November 2006 criminal term of court.

Done this 2nd day of October, 2006.

/s/ Terrance Cornelius
_____
Terrance Cornelius

/s/ Paul R. Cooper
_____
PAUL R. COOPER (COO022)
COOPER & COOPER
Attorney for
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

1

S/Howard Greenberg
Howard Greenberg
41 Schermerhorn Street
Suite 104
Brooklyn, New York 11201
Phone 732-935-0121
FAX   732-935-0120

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: Howard Greenberg; and/or served by U.S. Mail, first class, postage prepaid.

Respectfully Submitted,

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:  (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P