IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-12-MEF |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

**UNITED STATES' AMENDED MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Kent B. Brunson, Assistant United States Attorney for the Middle District of Alabama, and pursuant to United States Sentencing Guideline Section 5K1.1 moves for a four (4) level downward departure in the defendant's total offense level. This request is based upon the following:

The defendant provided law enforcement officials with information which led to the arrest of co-defendants Demetrius Hawkins and Terrence Cornelius.

WHEREFORE, for the reason set forth above and pursuant to U.S.S.G. § 5K1.1, the government is satisfied the defendant is entitled to a four (4) level reduction in his total offense level.

Respectfully submitted this the 13th day of March, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    Bar Number: ASB-3094-U62K
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-12-MEF |
| | ) | |
| TROY COLDRIDGE WILLIAMS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles E. Vercelli, Jr.

                        LEURA G. CANARY
                        UNITED STATES ATTORNEY

                        /s/ Kent B. Brunson
                        KENT B. BRUNSON
                        Assistant United States Attorney
                        Bar Number: ASB-3094-U62K
                        One Court Square, Suite 201
                        Montgomery, Alabama 36104
                        Telephone: (334) 223-7280
                        Fax: (334) 223-7135
                        E-mail: kent.brunson@usdoj.gov